UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARBARA DEKEADO, | ) |
| Plaintiff, | ) 2:12-cv-01533-LRH-CWH |
| vs. | ) **ORDER** |
| NEW ALBERTSON'S, INC., | ) |
| Defendant. | ) |

The Court is in receipt of Defendant's Fifth Supplement to Disclosures (#19), filed February 14, 2013. Pursuant to Local Rule 26-8, "[u]nless ordered by the Court, written discovery . . . shall not be filed with the Court." Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall **strike** Defendant's Fifth Supplement to Disclosures (#19).

DATED this 20th day of February, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge