UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARBARA DEKEADO, ) | |
| ) | |
| Plaintiff, ) | 2:12-cv-01533-APG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NEW ALBERTSON'S, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Joint Status Report (#34), filed January 10, 2014. The parties' request that the current stay be extended for an additional thirty (30) days to allow the parties to finalize the details necessary to submit this matter to binding arbitration. The Court will grant an additional twenty-one (21) days for the parties negotiate the terms of binding arbitration. Accordingly,

**IT IS HEREBY ORDERED** that the matter remains **stayed** until February 6, 2014.

**IT IS FURTHER ORDERED** that the parties shall file a written Joint Status Report by **Monday, February 3, 2014**, under seal, outlining the details of the ongoing settlement discussions and proposed binding arbitration.

DATED: January 13, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge