```
Jack P. Burden, Esq.
Nevada State Bar No. 6918
James Conway, Esq.
Nevada State Bar No. 11789
BACKUS, CARRANZA & BURDEN
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant
New Albertson's, Inc.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA DEKEADO,<br><br>          Plaintiffs,<br><br>vs.<br><br>NEW ALBERTSON'S, INC., a Delaware; DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive.<br><br>          Defendants. | Case No. 2:12-CV-01533-APG-CWH<br><br>**STIPULATION AND ORDER**<br>**RE DISMISSAL**<br>**WITH PREJUDICE** |

COMES NOW Plaintiff BARBARA DEKEADO by and through her attorney of record William R. Killip, Esq. of the Nettles Law Firm, and Defendant NEW ALBERTSON'S, INC. by and through their attorney of record Jack P. Burden, Esq. of Backus Carranza & Burden, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above entitled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1

1  This stipulation is entered into in good faith, in the interests of judicial economy and not
2  for the purpose of delay.

3  DATED: 1-27-15                                    DATED: 1/27/15

4  **BACKUS, CARRANZA & BURDEN**                     **NETTLES LAW FIRM**

6  JACK P. BURDEN, ESQ.                              William R. Killip, Jr., Esq.
   3050 South Durango Drive                          1389 Galleria Drive, Suite 200
7  Las Vegas, Nevada 89117                           Henderson, NV 89014
   Tel: 702.872.5555                                 Tel: 7023/434-8282
8  Fax: 702.872.5545                                 Fax: 702/434-1488
   jburden@backuslaw.com                             bill@nettleslawfirm.com
9  Tel: (702) 872-5555                               *Attorneys for Plaintiff*
   *Attorneys for Defendant*                         *BARBARA DEKEADO*
10 *ALBERTSON'S, INC.*

12                                  **ORDER**

13 **IT IS SO ORDERED**.

14 Dated: February 9, 2015.

                                                    _____
16                                                  United States District Court
                                                    Case No. 2:12-CV-01533-APG-CWH

18 DATED this 27 day of January, 2015.

20                                                  Respectfully Submitted,

21                                                  **BACKUS, CARRANZA & BURDEN**

22                                                  By: _____
                                                    Jack P. Burden, Esq.
23                                                  3050 South Durango Drive
                                                    Las Vegas, NV 89117
24                                                  Attorneys for Defendant *New Albertson's, Inc.*

2